**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| WELLS FARGO BANK, N.A. | : No. 515 MAL 2014 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| DAVID W. KELLY AND JOAN L. KELLY, | : |
| | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of September, 2014, the Petition for Allowance of Appeal is **DENIED** and the Motion for Stay of the Sheriff's Sale is **DISMISSED as moot**.